1
2
3
4
5
6
7
8　　　　　　　　　　　　　　IN THE UNITED STATES DISTRICT COURT
9　　　　　　　　　　　　　　FOR THE EASTERN DISTRICT OF CALIFORNIA
10　DOUGLAS W. HYSELL,
11　　　　　　Plaintiff,　　　　　　　　No. CIV S-05-0729 MCE KJM P
12　　　vs.
13　J. WOODFORD, et al.,
14　　　　　　Defendants.　　　　　　　ORDER
15　_____/
16　　　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant
17　to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the
18　entire $250 filing fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the
19　opportunity either to submit the appropriate affidavit in support of a request to proceed in forma
20　pauperis or the $100.00 remainder of the filing fee.
21　　　　　　In accordance with the above, IT IS HEREBY ORDERED that:
22　　　　　　1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit
23　in support of his request to proceed in forma pauperis on the form provided by the Clerk of
24　Court, or $100.00; plaintiff's failure to comply with this order will result in the dismissal of this
25
26　　　[1] Plaintiff has submitted $150.00, but the filing fee increased to $250.00 as of February 7, 2005.

1

Dockets.Justia.com

1 action; and

2     2. The Clerk of the Court is directed to send plaintiff a new Application to

3 Proceed In Forma Pauperis By a Prisoner.

4 DATED: April 22, 2005.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

---

1
hyse0729.3a